# COMPLAINT

(for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 JUL -2 P 3: 20

CLERK OF COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

THOMAS PAUL PRUST

_____

_____

v.

(Full name of defendant(s))

NATIONSTAR MORTGAGE, LLC.

PHILLIPA NORMAN, P.C. ATTORNEYS

KELLY M. SMITH, EMILY I. LONERGAN

OUTGAMIE SHERRIF, RKT MORTGAGE, NATIONSTAR, MR.COPPER

Case Number:

**26-C 1173**

(to be supplied by Clerk of Court)

### A. PARTIES

1. Plaintiff is a citizen of ___Wisconsin___ and resides at
(State)

___C/o 1155 Washington St, Little Chute, Wisconsin___
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _____
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.      STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Outagamie Justice Facility Association
KENT Sova, Andrew Horan, Score Realty Lucas J. Peeters,
Phillip A. NORMAN, P.C. ATTORNEYS, Kelly M. Smith
Register of Deeds SARAH R. VAN CAMP w/Holding Material facts.
Emily I. LONERGAN — STRIKING of All Doc. Not Allowed To speak
IXONIA BANK, E. WISCONSIN Savings BANK, JP. Morgan Chase
Clerk of COURT BARB, BOCIK

Complaint – 2

"On Oct 19, 2021 Thomas P. Prust was forced To sign a PN, coerced"
On Oct 18, 2021 DID I, Jennifer Betina Kroschewski Witness Closing which turned out to be Very disturbing event as I, JBK Asked if they Participated in TILA, This involved GUARANTY Title Co. Andrew Horan, Kent Sova Inlanta MRTG, Sandy Dwyer, Pete (Lucas J. Peeters was Not there) He Signed the warranty Deed on 10-15-2021 Without thomas Knowing & it was Notarized BY RebeKah Stahl w/an Unusual Signature as "RODOStahl" Ken had to teach Thomas how to write an Affidavit on his own stationary + for the fDCPA Advocate Tori A. Martin to Send in as Well to Proceed the Next day on 10-19-2021. Some one had Sent us the RKG, ON 12-03-21 w/All of this info, trying to tell us Something, On April 27, 2023 Did we receive a Notice from HomePoint with a canceled Certified funds Stamped received April 27, 2023 w/MICR on "Back" from Huntington National BaNK, We have well over 33 BIC Accounts all Revolving EwsB holding All 4 Alleged Loan #5, we have had Two (2) hearings 1 on 4/17/2025, Removed to federal Under Civil Rights on June 17, 2025 and then remanded by 7-25-25, on June 26, 2025 was JBK @ main Post office to witness A woman Screaming @ Keith the Supervisor that She is in protective custody + I could be murdered for this. As of Nov. 21, 2025 JBK, Identified the Clerk as the ROD.
This whole MRTG, mess is Blc I, JBK called the ROD + Asked if there is anything on the record besides the PMM + WD, the clerk said NO within 8 days Assignment was Drawn 12/20/2024 filed 12/26/2024 Thomas was Served 01/17/2025.

Complaint – 3

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ UnKnown as of July 2, 2026 Due to mass Id. theft Mass "Bio Accounts,"

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

A full investigation into the Indiana Attorney PHILLIP A. NORMAN Kelly M. Smith, ROD withholding the MORTGAGE of Satisfaction, Emily J. Lonergan striking all Doc, Pleading not Allowing the witness To speak "JBK," but sending hearing Notices. See June 17, 2026 Defendent Emergency objection, June Certificated Sec. W/PN. Thomas Paul Prust requires All Derivitive, Rights Titles, A Clear Chain of Title to his homestead. See 2023-2025 Forensic, Audits Investigation who has completely sabotage his IRS Portal & Are Using his CAF No. 3 mutual funds, Thomas everything that has been done to him and his good name and All false claims to be Expunged

Complaint – 4

E.   JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___2___ day of ___June___ 20_26_.

Respectfully Submitted,

___Prust, Thomas P.___
Signature of Plaintiff

___920-344-1120 or 920-265-5308___
Plaintiff's Telephone Number

___tprust58@gmail.com___
Plaintiff's Email Address

___C/o 1155 Washington Street___
___Little Chute, Wisconsin      54140___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5